Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Jeffrey D. Winchester, Bar No. 10279
jeffrey.winchester@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACAL LANIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OUTDOOR PROMOTIONS, INC., a Colorado Foreign Corporation, OASIS OUTSOURCING, INC., a Florida Foreign Corporation; DOES and ROES 1-100; inclusive,<br><br>Defendants. | Case No. 2:12-CV-00702-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RACAL LANIER and Defendants OUTDOOR PROMOTIONS, INC. and OASIS OUTSOURCING, INC., through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

. . .

. . .

. . .

Dated: August 15, 2012                                      Dated: August 15, 2012

/s/Elayna J. Youchah                                        /s/Rebekah Baumgardner
Elayna J. Youchah                                           Rebekah Baumgardner
Jeffrey D. Winchester                                       Baumgardner Law
Jackson Lewis LLP                                           601 S. 10th St., Suite 107
3800 Howard Hughes Parkway, Ste. 600                        Las Vegas, NV 89101
Las Vegas, NV 89169

Attorneys for Outdoor Promotions, Inc.                      Attorneys for Plaintiff


Dated: August 15, 2012


/s/Whitney J. Selert
Whitney J. Selert Fisher & Phillips LLP
3800 Howard Hughes Parkway, Ste. 950
Las Vegas, NV 89169

Attorneys for Oasis Outsourcing, Inc.

## ORDER

**IT IS SO ORDERED** this 20th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

4834-9043-2016, v. 1